# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL F. SCHULZE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN KOEHN,<br><br>　　　　　Respondent. | Case No. 2:20-cv-01347-KJD-BNW<br><br>**ORDER** |

　　　　Petitioner has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 7). The court will serve the petition upon respondents for a response.

　　　　Petitioner also has filed a motion to expedite (ECF No. 8). This order makes the motion moot.

　　　　IT IS THEREFORE ORDERED that the clerk shall serve copies of the petition and this order upon respondent as follows:

　　　　1.　　By sending a copy of the petition and this order by registered or certified mail to the United States Attorney for the District of Nevada, 501 Las Vegas Blvd. S., Suite 1100, Las Vegas, NV 89101;

　　　　2.　　By sending a copy of the petition and this order by registered or certified mail to the Honorable William Barr, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530;

3. By sending a copy of the petition and this order by registered or certified mail to Brian Koehn, Warden, Nevada Southern Detention Center, 2190 East Mesquite Ave., Pahrump, NV 89060.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 2243 respondent shall file and serve an answer to the petition within twenty (20) days from the date that this order is entered, unless for good cause additional time is allowed.

IT FURTHER IS ORDERED that petitioner's motion to expedite (ECF No. 8) is **DENIED** as moot.

DATED: November 5, 2020

_____
KENT J. DAWSON
United States District Judge