1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9              **DISTRICT OF NEVADA**
10
11   MICHAEL F. SCHULZE,                    Case No. 2:20-cv-01347-KJD-BNW
12                    Petitioner,           **ORDER**
13          v.
14   BRIAN KOEHN,
15                    Respondent.
16
17          Respondent having filed a motion to extend time (ECF No. 14), and good cause
18   appearing;
19          IT THEREFORE IS ORDERED that respondent's motion to extend time (ECF No. 14) is
20   **GRANTED**.
21          DATED 4/2/2021 NUNC PRO TUNC,
22                                          _____
23                                          KENT J. DAWSON
                                            United States District Judge
24
25
26
27
28
                                        1